CATHARINE COOK, Respondent, *v.* THE LONG ISLAND RAILROAD COMPANY, Appellant.

(Argued May 2, 1893; decided June 6, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made June 29, 1892, which affirmed a judgment in favor· of plaintiff, entered upon a verdict, and affirmed an order denying a motion for a new trial.

*William J. Kelly* for appellant.

*Arthur C. Palmer* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

EPHRAIM D. MOWRY, Respondent, v. THE AGRICULTURAL INSURANCE COMPANY, Impleaded, etc., Appellant.

(Argued May 2, 1893; decided June 6, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made April 26, 1892, which affirmed a judgment in favor of plaintiff, entered upon the report of a referee.

*A. H. Sawyer* for appellant.

*N. B. Smith* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.